■ BEATRICE VILLIARD, Appellant, v COLUMBUS HOSPITAL et al., Respondents.—In an action, *inter alia* to recover damages for medical malpractice, plaintiff appeals from a judgment of the Supreme Court, Kings County, entered July 23, 1975, in favor of defendants, upon the trial court's dismissal of the complaint at the close of plaintiff's case. Judgment reversed, on the law, and new trial granted, with costs to abide the event. No fact findings were presented for review. Upon the evidence adduced on plaintiff's case, it cannot be said that there was no rational process by which the jury could have found in her favor (see *Calvaruso v Our Lady of Peace R. C. Church*, 36 AD2d 755). Cohalan, Acting P. J., Damiani, Rabin, Titone and Hawkins, JJ., concur.

■ GEOFFREY WALFORD et al., Respondents, v BRITISH CALEDONIAN AIRWAYS, Appellant.—In an action to recover damages for breach of employment contracts, defendant appeals from an order of the Supreme Court, Suffolk County, dated November 20, 1975, which denied its motion for summary judgment. Order reversed, on the law, without costs or disbursements, motion granted, and complaint dismissed. No fact findings were presented for review. Plaintiffs did not have an employment contract for an agreed term. "Hence, standing alone, it was terminable at will, and would not give rise to a cause of action. *(Watson v Gugino,* 204 NY 535.)" (See *Parker v Borock,* 5 NY2d 156, 159; see, also, *A. S. Rampell, Inc. v Hyster Co.,* 3 NY2d 369, 375; *Reale v International Bus. Machs. Corp.,* 34 AD2d 936.) Hopkins, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.